LAW OFFICES
**KRING & CHUNG, LLP**
2151 RIVER PLAZA DR., SUITE 310
SACRAMENTO, CALIFORNIA 95833
TELEPHONE (916) 564-7000
FACSIMILE (916) 564-6000

FILED
'07 MAR 12 AM 8:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Shane Singh, Attorney Bar No. 202733

Attorneys for Defendant, DOLLAR TREE STORES, INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>    Plaintiff,<br><br>vs.<br><br>TUESDAY MORNING, INC. dba TUESDAY MORNING #740, et al.,<br><br>    Defendants. | CASE NO. 3:07-cv-00213-BEN-AJB<br><br>Action Filed: February 1, 2007<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER; ORDER** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Plaintiff DIANE CROSS and Defendant DOLLAR TREE STORES, INC. hereby Stipulate and Agree by and between their respective counsel that:

1) Defendant DOLLAR TREE STORES, INC. was personally served with the Summons and Complaint on February 14, 2007.

2) Plaintiff DIANE CROSS and Defendant DOLLAR TREE STORES, INC. jointly request that the time for DOLLAR TREE STORES, INC. to file a responsive pleading be continued to April 5, 2007.

3) This extension of time to file a responsive pleading will permit Defendant DOLLAR TREE STORES, INC. to investigate Plaintiff's allegations against it in order to properly respond to the Complaint. Additionally, it will allow DOLLAR

1 | TREE STORES, INC. to prepare for the Early Neutral Evaluation in the multi-party
2 | case.

3 | **IT IS SO STIPULATED.**

4 |

5 | DATED: March 7, 2007                    DISABLED ADVOCACY GROUP, APLC

6 |
7 |                                         By: /s/ Scottlynn J. Hubbard, IV, Esq.
                                                 (on file with counsel)
                                                 SCOTTLYNN J. HUBBARD, IV
8 |                                              Attorney for Plaintiff, DIANE CROSS

9 |

10 | DATED: March 7, 2007                   KRING & CHUNG, LLP
11 |

12 |                                        By: /s/ Shane Singh, Esq.
                                                 SHANE SINGH
13 |                                             Attorney for Defendant,
                                                 DOLLAR TREE STORES, INC.
14 |

15 |
     **FOR GOOD CAUSE APPEARING, IT IS ORDERED THAT:**
16 |
     Defendant DOLLAR TREE STORES, INC. has until April 5, 2007 in which to file a
17 |
     responsive pleading.
18 |
19 | DATED: 3/07/07
20 |                                              JUDGE OF THE DISTRICT COURT
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |



C:\Documents and Settings\Bobn\Local Settings\Temp\notes1C7949\Stip for Extension.wpd

STIPULATION FOR EXTENSION OF TIME TO ANSWER