cal_sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS, ) | Civil No. 07cv0213 BEN (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOLLOWING EARLY |
| ) | NEUTRAL EVALUATION |
| TUESDAY MORNING, INC., dba ) | CONFERENCE |
| TUESDAY MORNING #740, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On April 27, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Lynn Hubbard, Esq., Dianne Cross on behalf of plaintiff; Nikki Wilson Crary, Esq. and Cathi Rosengren and Philip Farr, client representative on behalf of defendant Marshalls; Shane Singh, Esq. and David Sommer, client representative on behalf of defendant Dollar Tree; Alan Gordee, Esq. and Ray Frey on behalf of defendant Pan Pacific.

Prior to the conference, plaintiff settled with Tuesday Morning, Inc. and Souplantation. The conference proceeded as to the other defendants who had appeared. Defendant Sleep Train has its answer due at this time and did not participate at the conference.

A settlement was reached with defendant Marshalls of California and Pan Pacific Reality Partners, Inc. A telephonic Settlement Disposition Conference is set as to those matters on ***June 1, 2007 at 11:30 a.m.*** Plaintiff's counsel will be responsible to initiate the conference call. If a dismissal of the action as to these settlements is submitted prior to the conference date and Judge Battaglia's chambers are so notified prior to the conference, the conference will be vacated.

The case regarding defendant Dollar Tree and Sleep Train will proceed.  In that regard, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed before *May 18, 2007*;
2. A discovery plan is hereby waived;
3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *June 1, 2007*; and,
4. Counsel are ordered to appear **by phone on June 8, 2007 at 9:00 a.m.** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

At the Case Management Conference the Court will see if there are any further settlement prospects and will then set dates and deadlines as appropriate.

IT IS SO ORDERED.

DATED: April 27, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court