cal\_\_kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS, ) | Civil No. 07cv0213 BEN (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | Order on Joint Motion to Vacate Conference |
| ) | Date as to Tuesday Morning Inc (Docket |
| TUESDAY MORNING, INC., dba ) | #21) and on Notice of Settlement as to |
| TUESDAY MORNING #740, et al., ) | Garden Fresh Restaurant Corp. Dba |
| ) | Souplantation #7 (Docket # 22) |
| Defendants. ) | |
| ) | |

Pursuant to the Joint Motion to Vacate Conference Date as to Tuesday Morning, Inc. [Docket No. 21] and the Notice of Settlement [Docket # 22] as to Garden Fresh Restaurant Corp. dba Souplantation #7, and for good cause being shown, counsel for and client representatives of Defendants Tuesday Morning, Inc. and Souplantation #7 ONLY are excused from appearing at the Early Neutral Evaluation Conference scheduled before Magistrate Judge Battaglia on April 27, 2007.

A Settlement Disposition Conference will be held *May 11, 2007*, at *9:00 a.m.* in the chambers of Magistrate Judge Battaglia as to Defendants Tuesday Morning, Inc. and Souplantation #7 ONLY. Counsel and client representatives *shall appear in person* unless notified in writing by the Court prior to the conference. **Monetary sanctions shall be imposed for failure to comply with this order**.

IT IS SO ORDERED.

DATED: April 27, 2007

/s/ Battaglia
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court