1

2

3  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
   **DISABLED ADVOCACY GROUP, APLC**
4  12 WILLIAMSBURG LANE
   CHICO, CA. 95926
5  Telephone:  (530) 895-3252
   Facsimile:   (530) 894-8244

6  Attorneys for Plaintiff

7

8

9

10

11

12                     UNITED STATES DISTRICT COURT

13                          SOUTHERN DISTRICT

14

15  DIANE CROSS,                        ) Case No. 07cv0213 BEN (AJB)
                                        )
16          Plaintiff,                  )
                                        ) **ORDER RE: JOINT MOTION FOR**
17      vs.                             )
                                        ) **DISMISSAL**
18  PK I NORTH COUNTY PLAZA LP, et      )
    al,                                 )
19                                      )
20          Defendants.

21

22

23

24

25

26

27

28

1

2

3                    <u>ORDER ON JOINT MOTION FOR DISMISSAL</u>

4          Having read the foregoing Joint Motion, and good cause appearing

5     therefore, the Court GRANTS the Joint Motion and dismisses the above-

6     captioned action with prejudice **as to defendant  PK I NORTH COUNTY PLAZA**

7     **LP only.**

8

9

10    DATED:  May 14, 2007

11                                                    _____
                                                      Hon. Roger T. Benitez
12                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28