cal__sc_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANE CROSS, | ) | Civil No. 07cv0213 BEN (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING CASE |
| | ) | MANAGEMENT CONFERENCE |
| TUESDAY MORNING, INC., dba | ) | |
| TUESDAY MORNING #740, et al., | ) | |
| Defendants. | ) | |

On June 8, 2007, the Court convened a Case Management Conference in the above entitled action. appearing were Lynn Hubbard, Esq. on behalf of plaintiff and Shane Singh, Esq. on behalf of defendant.

One defendant remains in the case, Dollar Tree. The Court and counsel developed a schedule taking the matter to the final pretrial conference. A Scheduling Order will be issued separately.

IT IS SO ORDERED.

DATED: June 8, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court