1  SCOTTLYNN J HUBBARD, IV, SBN 212970   **FILED**
   LYNN HUBBARD, III SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**   2007 AUG 28  AM 8:56
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926                     CLERK US DISTRICT COURT
   Telephone: (530) 895-3252             SOUTHERN DISTRICT OF CALIFORNIA
4  Facsimile:  (530) 894-8244
                                         BY_____CP_____DEPUTY
5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| DIANE CROSS, | Case No. 07cv0213 BEN (AJB) |
| Plaintiff, | |
| vs. | **ORDER RE: JOINT MOTION FOR DISMISSAL [D.E. 40]** |
| TUESDAY MORNING, INC. dba TUESDAY MORNING #740, et al, | |
| Defendants. | |

## ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to defendant ST San Diego, LLC dba Sleep Train Mattress Center only.**

Dated: 8/27/07

Hon. Roger T. Benitez
Judge of the District Court