# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS, | ) Case No. 3:07-cv-00213-BEN-AJB |
| Plaintiff, | ) **Order Regarding Parties Joint Motion to Extend Time for Fact Discovery** |
| vs. | ) |
| TUESDAY MORNING, INC. dba TUESDAY MORNING #740, et al., | ) Action Filed:  February 1, 2007 |
| Defendants. | ) |

Based on the Stipulation, the Parties Joint Motion filed on September 24, 2007 and good cause appearing, the deadline for Fact Discovery in this matter is Extended to *November 12, 2007.*  All other dates remain as previously set.

IT IS SO ORDERED.

DATED: September 25, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court